KEVIN V. RYAN (CSBN 118321)
United States Attorney

CHARLES B. BURCH (CSBN 79002)
Chief, Criminal Division

KAREN D. BEAUSEY (CSBN 155258)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7157

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR-06-00005 PJH |
|     Plaintiff, ) | [~~PROPOSED~~]  ORDER  RE: EXCLUDABLE TIME |
| v. ) | |
| JOSE QUINONEZ, ) | |
|     Defendant. ) | |

    This matter came on for status on January 18, 2006. Having considered arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

    1.    The matter is continued to February 1, 2006 at 1:30 p.m. for status hearing and setting of dates.

    2.    Based upon the arguments of counsel, the Court agrees that failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation. The Court therefore finds that the interests of the defendant and the public in proceeding to trial more expeditiously are outweighed by the interests of justice and the necessity for effective preparation of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). Accordingly, the Court finds that pursuant to 18 U.S.C.§§ 3161(h)(8)(A) and (B)(iv), all time from January 18, 2006 through February 1, 2006 shall be excluded in computing the time within which

1 | trial in this matter must commence.

2

3 | **IT IS SO ORDERED.**

4

5 | DATED: 1/24/06            HON. PHYLLIS J. HAMILTON
                                                    UNITED STATES DISTRICT COURT

*(Court seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / Northern District of California)*